```
                IN THE UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                          HARRISON DIVISION
```

EILEEN E. VANLANINGHAM; and,
ELDORA ENTERPRISE, LLC, d/b/a
WHERE AND WHEN VACATIONS                                PLAINTIFFS

    V.                        Civil No. 09-3016

CROWN POINT TIME SHARING, INC.;
CROWN POINT TIME SHARING II, INC.;
CROWN POINT TIME SHARING III, INC.;
CROWN POINT RESORT;
VACATION RECREATIONS, INC.;
TIMESHARE SALES, INC.;
RCI, LLC; PAUL BEHRNDT; PATRICK
BEHRNDT; and RANDALL PARKER, jointly
and severally                                           DEFENDANTS

## O R D E R

NOW on this 21st day of April, 2009, comes on for consideration the **Motion for Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41 (Doc. 21)**. The Court, being well and sufficiently advised that the defendants have no objection, finds that the motion should be, and it hereby is, **GRANTED** and the plaintiffs' complaint is dismissed without prejudice.

    IT IS SO ORDERED.

                                              /S/JIMM LARRY HENDREN
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE